**Order filed, February 05, 2014.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00920-CR

_____

**RONNIE  HOYT  ROYSTON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 178th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1354573**

## ORDER

The reporter's record in this case was due **December 09, 2013**. _See_ Tex. R. App. P. 35.1.  On **December 11, 2013**, this court granted Tammy Adams and Gail Rolen's motion for extension of time to file the record until **January 08, 2014**. On **January 16, 2014**, this court granted Tammy Adams and Gail Rolen's second motion for extension of time to file the record.   The record has not been filed with

the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Tammy Adams and Gail Rolen**, the court reporters, to file the record in this appeal **within 30 days** of the date of this order. **No further extension will be entertained absent exceptional circumstances.** The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). If **Tammy Adams and Gail Rolen** do not timely file the record as ordered, we will issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.

PER CURIAM